## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| RANDY S. ANDERSON, | Civil No. 03-2611 (JRT/JGL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

_____

Jennifer Mrozik, **NORTHWEST DISABILITY SERVICES**, 1611 West County Road B, Suite 106, Roseville, MN 55113; James Greeman, **GREEMAN TOOMEY**, 250 Marquette Avenue, Suite 1380, Minneapolis, MN 55401, for plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Stipulation for Compromise Settlement filed by the parties on December 11, 2009 [Docket No. 47].

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE**, and on the merits without further cost to either party.

DATED: December 30, 2009
at Minneapolis, Minnesota.

                                                                s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                 United States District Judge